UNITED STATES of America,
Plaintiff–Appellee,

v.

Percy Jermaine WILLIAMS,
Defendant–Appellant.

No. 07–14736
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 2, 2008.

Spiro T. Kypreos, Pensacola, FL, for Defendant–Appellant.

Lennard B. Register, III, U.S. Attorney's Office, Pensacola, FL, E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before DUBINA, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Spiro Theodore Kypreos, appointed counsel for Percy Jermaine Williams in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion